United States District Court
Southern District of Texas
**ENTERED**
July 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DR. STELLA IMMANUEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-22-2031 |
| § | |
| CABLE NEWS NETWORK, INC., § | |
| § | |
| Defendant. § | |

## ORDER

This civil action has been transferred to this court from the District Court for the Eastern District of Texas. There is a pending Federal Rule of Civil Procedure 12(b)(6) motion to dismiss. (Docket Entry No. 11). Responses and replies have been filed. The motion to dismiss is under advisement. The court will notify the parties if a hearing is needed.

Cable News Network has moved to stay discovery deadlines pending a ruling on the motion to dismiss. (Docket Entry No. 25). The motion is granted. A revised scheduling order will be set, if necessary, after the court rules on the pending motion to dismiss.

SIGNED on July 1, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge