IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| DR. STELLA IMMANUEL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CABLE NEWS NETWORK, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. H-22-2031 |

# **NOTICE OF APPEAL**

Appellant/Plaintiff, Dr. Stella Immanuel, by counsel, pursuant to Title 28 U.S.C. § 1291 and Rules 3 and 4 of the Federal Rules of Appellate Procedure ("FRAP"), hereby notes her Appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Memorandum and Opinion and Final Judgment, granting the motion to dismiss pursuant to Rules 12(b)(6) filed by defendant, Cable News Network, Inc., entered in this action on August 1, 2022 [*ECF Nos. 54 and 55*].

The names, addresses and telephone numbers of the respective attorneys for the parties to the Order/Judgment appealed from are:

1

Madhu S. Sekharan, Esquire
Texas Bar No. 24072332
16614 Radiant Lilac Trail
Cypress, TX 77433-6365
Mobile:  832-920-1515
Office:  281-304-6369
MSekharanAttorney@outlook.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:   (804) 501-8272
Facsimile:   (202) 318-4098
Email:   stevenbiss@earthlink.net
(*Motion for Admission Pro Hac Vice
       To be Filed*)

*Counsel for the Plaintiff/Appellant*

-and-

Robert P. Latham
State Bar No. 11975500
blatham@jw.com
Demi Williams
State Bar. No. 24084101
dswilliams@jw.com
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
(214) 953-6000 – Telephone
(214) 953-5822 – Facsimile

Katherine M. Bolger
katebolger@dwt.com
Jesse Feitel
jessefeitel@dwt.com
Sam F. Cate-Gumpert
samcategumpert@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, New York 10020-1104
(212) 489-8230 – Telephone
(212) 489-8340 – Facsimile
*Pro Hac Vice*

*Counsel for the Appellees*


DATED:    September 1, 2022

               DR. STELLA IMMANUEL


        By:   */s/ Madhu S. Sekharan*
             Madhu S. Sekharan, Esquire
             Texas Bar No. 24072332
             16614 Radiant Lilac Trail
             Cypress, TX 77433-6365
             Mobile:  832-920-1515
             Office:  281-304-6369
             MSekharanAttorney@outlook.com

             Steven S. Biss (VSB # 32972)
             300 West Main Street, Suite 102
             Charlottesville, Virginia 22903
             Telephone:  (804) 501-8272
             Facsimile:  (202) 318-4098
             Email:  stevenbiss@earthlink.net
             (*Motion for Admission Pro Hac Vice*
               *To be Filed*)

             *Counsel for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022 a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will send notice of electronic filing to counsel for the Defendant and all interested parties receiving notices via CM/ECF.

By: */s/ Madhu S. Sekharan*
Madhu S. Sekharan, Esquire
Texas Bar No. 24072332
16614 Radiant Lilac Trail
Cypress, TX 77433-6365
Mobile:  832-920-1515
Office:  281-304-6369
MSekharanAttorney@outlook.com

Steven S. Biss (VSB # 32972)
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Telephone:  (804) 501-8272
Facsimile:  (202) 318-4098
Email:  stevenbiss@earthlink.net
(*Motion for Admission Pro Hac Vice
        To be Filed*)

*Counsel for the Plaintiff*