# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*October 19, 2022*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
September 27, 2022
Lyle W. Cayce
Clerk

No. 22-20455

DOCTOR STELLA IMMANUEL,

*Plaintiff—Appellant,*

versus

CABLE NEWS NETWORK, INCORPORATED,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-2031

---

Before HAYNES, ENGELHARDT, and OLDHAM, *Circuit Judges.*

PER CURIAM:

This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment.

In this case, the district court entered final judgment dismissing the complaint on August 1, 2022. Therefore, the final day for filing a timely notice of appeal was August 31, 2022. Plaintiff's notice of appeal was filed on September 1, 2022. When set by statute, the time limitation for filing a



Certified as a true copy and issued
as the mandate on Oct 19, 2022
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-20455

notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 17 (2017); *Bowles v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *United States v. Garcia-Machado*, 845 F.2d 492, 493 (5th Cir. 1988).

Accordingly, the appeal is DISMISSED for want of jurisdiction.

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 19, 2022

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 22-20455    Immanuel v. Cable News Network
                             USDC No. 4:22-CV-2031

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Rebecca L. Leto, Deputy Clerk
504-310-7703

cc:    Mr. Robert P. Latham
        Madhu Suseela Sekharan